UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS D. JONES and DEBORAH P. JONES, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT NORTHER INSURANCE COMPANY a foreign insurance company, and ENCOMPASS INDEMNITY COMPANY, a foreign insurance company,<br><br>Defendants. | CASE NO. C18-1740<br><br>ORDER DENYING STIPULATED MOTION TO STAY, OR IN THE ALTERNATIVE, CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES |

The Court, having received and reviewed the parties' Stipulation and Proposed Order to Stay, or in the Alternative, Continue Trial Date and Associated Deadlines (Dkt. No. 15), enters the following ruling:

IT IS ORDERED that the motion is DENIED.

ORDER DENYING STIPULATED MOTION TO STAY, OR IN THE ALTERNATIVE, CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES - 1

The Parties seek a stay in part because one of the Plaintiffs will undergo additional medical treatment, but the Parties do not state when the medical records will be available for this treatment or what medical expert has been retained to review these records; the Parties' basic statement that Plaintiff will undergo further treatment does not demonstrate good cause. The Parties' also seek a stay in order to submit to arbitration, but arbitration schedules do not trump trial schedules; rather, the opposite is true. The parties are certainly free to engage in ongoing negotiations and/or arbitration and to settle at any time, but the Court cannot make its trial schedule dependent on an anticipated timeline for mediation.

The parties are free to submit a revised motion with a more detailed explanation of the reasons why the Court should consider continuing the trial date and related pre-trial deadlines. However, on the record currently before the Court, there is insufficient reason to justify a delay.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 27, 2019.

Marsha J. Pechman
United States District Judge