1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS D. JONES and DEBORAH P.
JONES, individually and the marital
community comprised thereof;

        Plaintiffs,

  v.

GREAT NORTHERN INSURANCE
COMPANY, a foreign insurance company,
and ENCOMPASS INDEMNITY
COMPANY a foreign insurance company

       Defendants.

Case No.:2:18-cv-01740-MJP

**ORDER FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

<u>ORDER</u>

THIS MATTER having come on before the court upon the Motion of the Plaintiffs

for Voluntary Dismissal, the Court having reviewed Plaintiffs' Motion, Stipulation to

Arbitrate Contract Claims and Dismiss Lawsuit without Prejudice, Plaintiffs' Proposed

Order, and otherwise being fully advised, now, therefore, orders as follows:

ORDER FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 1

2:18-CV-01740-MJP

**LAW OFFICE OF SAM ELDER PLLC**
12716 NE 106TH LANE
KIRKLAND, WA 98033
425-999-8170
FAX 425-999-8172

That this matter be, and hereby is, dismissed without prejudice for refilling against Defendants Great Northern Insurance Company and Encompass Indemnity Company and without costs to any party pursuant to FRCP 41(a)(1)(A)(ii).

DATED this 18th day of July, 2019.

Marsha J. Pechman
United States District Judge

**LAW OFFICE OF SAM ELDER PLLC**
12716 NE 106TH LANE
KIRKLAND, WA 98033
425-999-8170
FAX 425-999-8172